24-1498

In The
# United States Court of Appeals for the Federal Circuit

AG der Dillinger Huttenwerke,

Plaintiff-Appellant,

Ilsenburger Grobblech GmbH, Salzgitter Flachstahl GmbH, Salzgitter Mannesmann Grobblech GmbH, Salzgitter Mannesmann International GmbH, Friedr. Lohmann GmbH, thyssenkrupp Steel Europe AG,

Plaintiffs,

v.

United States, SSAB Enterprises LLC, Nucor Corporation,

Defendants-Appellees.

Appeal from the United States Court of International Trade in 1:17-cv-00158-LMG, Leo M. Gordon, Senior Judge

## A NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF-APPELLANT AG DER DILLINGER HÜTTENWERKE

We respectfully request that the Clerk withdraw the appearance of Alexandra H. Salzman and Gregory S. Menegaz as attorneys for Plaintiff-Appellants AG der Dillinger Hüttenwerke and that the electronic notices and electronic service of documents no longer be provided to their email addresses. Ms. Salzman and Mr. Menegaz are no longer associated with deKieffer & Horgan,

PLLC and will no longer participate as counsel in this litigation.

Marc E. Montalbine remains the principal counsel of record.

Respectfully submitted,

/s/ Marc E. Montalbine
Marc E. Montalbine*
J. Kevin Horgan
Merisa A. Horgan
**deKieffer & Horgan, PLLC**
1015 Fifteenth St., N.W.
6th Floor
Washington, DC 20005
(202) 783-6900

July 16, 2025                                  *Counsel for Plaintiff-Appellant*

_____

* Admitted to Virginia Bar; practice limited to Federal International Trade Matters pursuant to D.C. Bar Rule 49(c)(2).