# United States Court of Appeals for the Federal Circuit

___

**AG DER DILLINGER HUTTENWERKE,**
*Plaintiff-Appellant*

**ILSENBURGER GROBBLECH GMBH, SALZGITTER FLACHSTAHL GMBH, SALZGITTER MANNESMANN GROBBLECH GMBH, SALZGITTER MANNESMANN INTERNATIONAL GMBH, FRIEDR. LOHMANN GMBH, THYSSENKRUPP STEEL EUROPE AG,**
*Plaintiffs*

v.

**UNITED STATES, SSAB ENTERPRISES LLC, NUCOR CORPORATION,**
*Defendants-Appellees*

___

2024-1498

___

Appeal from the United States Court of International Trade in Nos. 1:17-cv-00158-LMG, 1:17-cv-00160-LMG, 1:17-cv-00162-LMG, Senior Judge Leo M. Gordon.

___

**MANDATE**

___

In accordance with the judgment of this Court, entered October 6, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

December 1, 2025
Date

Jarrett B. Perlow
Clerk of Court